| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) WIDENER, JR., HIRAM E | 2. Court or Organization U.S. COURT OF APPEALS, 4th Cir | 3. Date of Report 05/03/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE - Active | 5. ReportType (check appropriate type) ○ Nomination Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2004 to 12/31/2004 |
| 7. Chambers or Office Address P.O. Box 868 Abingdon, Virginia 24212-0868 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 15 P 1:40 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Interest on accumulated dividends, Lincoln Nat. Life | 848 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Dominion Nat. Bank; Grundy, VA | Endorser on note of former wife* | K |

| Name of Person Reporting | Date of Report |
|---|---|
| WIDENER, JR., HIRAM E | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Asset (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Parcel #1, Washington County, Va, | | None | J | W | | | | | |
| 2. Parcel #2, Washington County Va, | | None | J | W | | | | | |
| 3. Parcel #3, Washington County Va, | | None | J | W | | | | | |
| 4. Swapped 1-1/2 lots for ___ interest in Parcel #3 | | None | J | W | | | | | |
| 5. Swapped 2 lots for another ___ interest in Parcel #3 | | None | J | W | | | | | |
| 6. Purchased ___ remainder interest in Parcel #3 | | None | J | W | | | | | |
| 7. Purchased ___ fee simple interest in Parcel #3 | | None | J | W | | | | | |
| 8. Parcel #4, ___ int. in minerals ___ Wash. Co. | | None | J | W | | | | | |
| 9. Parcel #5 ___ Wash. Co., Va | B | Rent | L | W | | | | | |
| 10. Parcel #6 ___ | B | Rent | J | W | | | | | |
| 11. Parcel #2 ___ | | None | J | W | | | | | |
| 12. 1992 - Savings acct ___, Highlands Union Bank, Abingdon, Va | A | Interest | K | T | | | | | |
| 13. 1992 - Va. Flagship tax-exempt fund (municipal securities) | C | Dividend | L | T | Partial sale | * | K | | |
| 14. Savings Acct-___, Highlands Union Bank, Abingdon, Va | A | Interest | J | T | Closed | 6-22 | J | | |
| 15. Savings Acct ___ Highlan s Union Bank, Abingdon, Va | A | Interest | J | T | | | | | |
| 16. CNS Common Stock | A | Dividend | J | T | | | | | |
| 17. Highlands Union Bank Common Stock | A | Dividend | J | T | | | | | |
| 18. Albemarle First Bank Common Stock | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less  F = $50,001 $100,000 | B = $1,001-$2,500  G = $100,001-$1,000,000 | C = $2,501-$5,000  H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000  H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less  N = $250,000-$500,000  P3 = $25,000,001 $50,000,000 | K = $15,001-$50,000  ● = $500,001-$1,000,000 | L = $50,001-$100,000  P1 = $1,000,001-$5,000,000  P4 = More than $50,000,000 | M = $100,001 $250,000  P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal  U = Book Value | R = Cost (Real Estate Only)  V = Other | S = Assessment  W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIDENER, JR., HIRAM E | 05/03/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $6,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VI:    Face amount of $90,000

Section VII:

Line 6:    Purchase price $500 or less from revenue stamps on deed.

Line 7:    Purchase price $2,000 from revenue stamps on deed.

Line 8:    Inheritance tax return.

Lines 9, 10:    In May of 1990, as part of a property settlement agreement ████████████ conveyed to me ████ interest in this land.

Line 13:    Partial sale of municipal bond fund:

03-08-04    $3,000
08-20-04    $2,000

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date 5/3/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544